# California Business Portal
## Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of OCT 19, 2007 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| OMKAR PROPERTIES, INC. |||
| **Number:** C2116192 | **Date Filed:** 8/3/1998 | **Status:** active |
| **Jurisdiction:** California |||
| Address |||
| 216 BANNON ST |||
| SACRAMENTO, CA 95814 |||
| Agent for Service of Process |||
| SANGKYU LEE |||
| 1250 HARBOR BLVD STE 800 |||
| WEST SACRAMENTO, CA 95691-3453 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

```
L2/M    SACRAMENTO COUNTY 2008-2009 MPR ROLL DATA    23-OCT-07  11:46:03      TT:
        PARCEL NUMBER      SITUS                                  TRA       PP CLS
001 0040 037 0000   00216 BANNON ST                    95814     03169          0
                    ZIP CODE CITY: SACRAMENTO     JURISDICTION: SACRAMENTO
PC NR: 880907           DELETED BY PC:

OWNER : OMKAR PARTNERSHIP
STREET: 50 6TH ST                           C/O NAME:
CITY  : OAKLAND                 CA    94607
EFF ADDR DT:   900703                       REC DT/PG:      900703 1008
        LAND:     230,014                   EFF DATE OWNER: 880520
        IMPS:   2,120,412                   DEED TYPE:      GD
                ------------                RELIAB:         56
       TOTAL:   2,350,426                   TRF TAX:        .00
    FIXTURES:           0                   MULTI:          2
    PERSONAL:           0                   % XFER:         .000
      EXEMPT:           0                   USE CODE:       AN040A
   HOMEOWNERS:          0

                2,350,426
   BONDS:              BALANCE:         .00   AS OF:
NV CODE:    9,101   91 VALUE WITH SUPPLEMENTAL (S)                  11-MAY-06
```



Fidelity National Title Ins. Co.

Omkar Partnership
50 6th Street
Oakland, CA 94607

WHEN RECORDED MAIL TO

Name: Same as above
Street Address:
City & State:

90 JUL -3 PM 1:13

Joyce E Russell
COUNTY CLERK-RECORDER

FEE $9 D

ORDER NO. 354905
ESCROW NO. 93718

SPACE ABOVE RECORDER'S USE ONLY

# GRANT DEED (INDIVIDUAL)

The undersigned grantor(s) declare(s):
Documentary transfer tax is $ __NONE DUE__ .
(  ) Computed on full value of property conveyed, or
(  ) Computed on full value less value of liens and encumbrances remaining at time of sale.
(  ) Unincorporated area ( XX ) City of _____Sacramento_____
   Tax Parcel No. ____001-0040-037____

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, RAMESH D. PATEL and SURBHI R. PATEL, his wife, as joint tenants, as to an undivided 1/3 interest, and DINESH D. PATEL and SUNITA D. PATEL, his wife, as joint tenants, as to an undivided 1/3 interest, and NARENDRA D. PATEL AND ANITA N. PATEL, his wife, as to an undivided 1/3 interest
hereby GRANT(S) to

OMKAR PARTNERSHIP, a California General Partnership

the following described real property in the
County of      Sacramento                , State of California:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

THIS DEED IS EXEMPT FROM DOCUMENTARY TRANSFER TAX AND IS MADE BY THE PARTNERS OF THE PARTNERSHIP, WHO ARE ALL OF THE PARTNERS OF THE PARTNERSHIP, AND HOLD AN EQUAL INTEREST IN THE PROPERTY AS IN THE PARTNERSHIP AND IS EXEMPT PURSUANT TO FED. CODE 47.4361-2(a) (12).

Dated __June 29, 1990__

Ramesh D. Patel          Surbhi R. Patel

Dinesh D. Patel          Sunita D. Patel

STATE OF CALIFORNIA
County of ___Yolo___  } s.s.

Narendra D. Patel        Anita N. Patel

On this __28th__ day of __June__, 19__90__, before me, the undersigned, a Notary Public in and for said County and State, personally appeared __Ramesh D. Patel, Surbhi R. Patel, Dinesh D. Patel, Sunita D. Patel, Narendra D. Patel and Anita N. Patel__
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person __S__ whose name __S__ __are__ subscribed to the within instrument and acknowledged that __they__ executed the same.

WITNESS my hand and official seal.

Notary Public in and for said County and State.

OFFICIAL SEAL
JEANNINE M. AVILA
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
My Comm. Expires July 26, 1991

(Notary Seal)

FD-13B (Rev. 9/88)                    MAIL TAX STATEMENT AS DIRECTED ABOVE

Page 2
354905

## EXHIBIT "A"

That real property situated in the City of Sacramento, County of Sacramento, State of California, described as follows:

PARCEL ONE:

Beginning at the Southeast corner of that tract of land designated as Parcel No. 3 in a deed recorded December 30, 1929, in Book 275 of Official Records, Page 336, Sacramento County Records, executed by Charles Miles, et ux, to Hyman Harris, said point of beginning being also located East 190.10 feet from the Northwest corner that tract of land deeded by Frederick Warner, et ux, to the City of Sacramento, recorded July 8, 1920, in Book 542 of Deeds, page 167, Sacramento County Records, and running thence from said point of beginning, along the Easterly line of said Hyman Harris property, North 26° 57 1/2 East 141.84 feet to the South right of way line of a 60 foot County Road; thence along said South right of way line and 30 feet South at right angles from the center line of said road, East 156.19 feet; thence South 126.43 feet to the North line of said City of Sacramento's property; thence along said North line West 175.59 feet to the Northeast corner of a tract of land deeded by the City of Sacramento to the Pacific Gas and Electric Company by deed recorded December 12, 1929, in Book 275 of Official Records, page 269, Sacramento County Records; thence continuing along the North line of said Pacific Gas and Electric Companys property West 44.90 feet, or a total length West of 220.49 feet to the point of beginning.

EXCEPTING THEREFROM all that portion of the real property in Swamp Land Survey No. 926 described in a Decree of Distribution dated April 30, 1963, recorded May 1, 1963 in Book 4664, page 149, Official Records of Sacramento County lying Westerly of the following described line:

BEGINNING at a point that bears North 20° 13' 53" East 879.33 feet from a 5/8" iron bar set concrete at the Northeast corner of a 4.08 acre tract described in deed recorded in Book 317 Deeds, at page 243, Sacramento County Records, and shown on "Records of Survey Property of Sacramento Municipal Utility District", recorded January 30, 1951 in Book 8 of Surveys, Map No. 44, records of said County, said point also being 350.74 feet Easterly, measured at right angles to the base line at Engineer's Station "B1" 607+26.23 of the Department of Public Works' Survey on road 03-Sac-5 from Post Mile 21.9 to Post Mile 34.7 (formerly road III-Sac-238-Sac) (the California State Zone II Coordinates for said point are x=2, 142, 423.75 and Y-338, 868.55); thence from said point of beginning South 33° 43' 43" West 72.40 feet; thence South 65° 10' 01" West 21.47 feet; thence South 26° 39' 15" West 115.08 feet; thence along a curve to the left with a radius of 770.00 feet through an angle of 14° 53' 15", an arc distance of 200.07 feet to a point that is 203.58 feet Easterly, measured at right angles to said base line at Engineer's Station "B1" 603+52.59.

Page 3
354905

EXHIBIT "A" CONTINUED

PARCEL TWO:

A triangular shaped parcel of land in Swamp Land Survey No. 926, Records of Sacramento County and located Southerly of that certain easement described in deed to the State of California recorded June 2, 1967, in Book 670602, page 39, Official Records of said County.

Said Parcel is decribed as follows:

BEGINNING at the same point of beginning described in said deed to the State of California; thence South 89° 53' 30" West 44.90 feet; thence along the arc of a curve to the left with a radius of 770 feet, a distance of 15 feet, more or less, to the Southwesterly terminus of the course described as "S. 75° 24' 40" W. 52.19 feet" in deed recorded April 12, 1971, in Volume 710412, page 29, said Official Records; thence along last described course North 75° 24' 40" East 52.19 feet to the point of beginning.

```
BT02                     BUSINESS TAX MASTER RECORD      # 76897          10/25/07

BUSINESS NAME: SUPER 8 MOTEL EXECUTIVE SUITES      START DATE   CLOSE DATE
DESCRIPTION:   LODGING                             05/25/90
ADDRESS:       216 BANNON ST
               SACRAMENTO CA 95814                 PHONE:    415/268-1442
MAILING NAME:  CROSSROADS INN
ATTENTION:     MR PATEL
ADDRESS:       216 BANNON ST
               SACRAMENTO CA 95814
OWNER NAME #1: PATEL, RAMESH D.                    FEDERAL-ID:
      NAME #2: PATEL, DINESH D                     S.S.N.:
      NAME #3: PATEL, NARENDRA D.                  STATE ID NO:
NOTICES   RENEWAL: 2 AUDIT:    DELINQUENT:   CERTIFICATE: 1 REFUND:    ALERT:
A-2  04/01/07-03/31/08      (441)  404B


                        *TAX INFORMATION CLASSIFIED*


                        PRESS PF3 TO RETURN TO MAIN MENU
                              PRESS CLEAR TO EXIT
```

Environmental Management Department
Environmental Health Division
8475 Jackson Rd # 240
Sacramento, CA 95826-3904
Ph: (916) 875-8440   Fax: (916) 875-8513
www.emd.saccounty.net

# County of Sacramento
## Retail Food Facility
## Official Inspection Report

Date 9-12-07
Page 1 of 1

DBA: Super 8 Executive Suites Motel
Permit Holder: Super 8 Executive Suites Motel
Address: 216 Bannon St   City: Sac   Zip: 95814   Phone: 447-5400

| CT | FA | PR | PE | |
|---|---|---|---|---|
| 53 | 1755 | 76017 | 1612 | (Routine) Foodborne Illness Investigation |

Minor = Minor Violation  Major = Major Violation  Unmarked items = In Compliance, Not Observed, or Not Applicable  N/A = Not Applicable
See reverse side for code sections and general requirements that correspond to each violation listed below.

*Major violations pose a threat to public health and must be corrected immediately. Non-compliance may warrant closure of the food facility*

## RISK FACTOR INTERVENTIONS

| | Minor | Major |
|---|---|---|
| **Demonstration of Knowledge** | | |
| 1a. Acceptable demonstration of food safety knowledge | | N/A |
| 1b. Food Safety Certification available and current | | N/A |
| Name on Food Safety Certification:    Exp. date: | | |
| **Employee Health and Hygiene** | Minor | Major |
| 2. Compliance with communicable disease procedures | | N/A |
| 3. No discharge from eyes, nose, or mouth; no open wounds | | N/A |
| 4. Proper eating, drinking, or tobacco use | | N/A |
| **Prevent Contamination by Hands** | Minor | Major |
| 5. Hands clean and properly washed; proper glove use | | N/A |
| 6. Handwashing facilities supplied and accessible | | ✓ |
| **Time and Temperature Relationship** | Minor | Major |
| 7. Proper hot and cold holding temperatures | | |
| 8. Proper use of time as a public health control | | |
| 9. Proper cooling methods | | |
| 10. Proper cooking time and temperatures | | |
| 11. Proper reheating procedures for hot holding | | |
| **Protection From Contamination** | Minor | Major |
| 12. No reservice of returned food | | |
| 13. Food free from contamination and adulteration | N/A | |
| 14a. Food contact surfaces cleaned and sanitized as required | | |
| 14b. Proper warewashing and sanitizing procedures | | |
| Chlorine (Cl) ___ ppm   Quaternary Ammonia (QA) ___ ppm   Heat ___ °F   Other ___ ppm | | |
| **Food From Approved Source** | Minor | Major |
| 15. Food obtained from approved source | | N/A |
| 16. Compliance with shell stock regulations; tags/display | | |
| 17. Compliance with Gulf oyster regulations | | N/A |
| **Conformance With Procedures** | Minor | Major |
| 18. Compliance with HACCP plan or variance conditions | | |
| **Consumer Advisory** | Minor | Major |
| 19. Advisory provided for raw or undercooked food | | N/A |
| **Highly Susceptible Populations** | Minor | Major |
| 20. Prohibited foods not offered at high risk facilities | | N/A |
| **Water / Hot Water** | Minor | Major |
| 21. Hot and cold potable water available   Ware Sink Temp ___ °F   Hand Sink Temp 102 °F | | |
| **Liquid Waste Disposal** | Minor | Major |
| 22. Sewage/wastewater properly disposed; toilet facility useable | | |
| **Vermin** | Minor | Major |
| 23. No rodents, insects, birds or animals inside facility | | |

## APPROVED RETAIL PRACTICES

| | Minor |
|---|---|
| **Supervision** | Minor |
| 24. Person In Charge is present and performs duties | |
| **Personal Cleanliness** | Minor |
| 25. Personal cleanliness and hair restraints | |
| **General Food Safety Requirements** | Minor |
| 26. Approved thawing methods used | |
| 27. Food protected from contamination during storage | |
| 28. Washing fruits and vegetables before use | |
| 29. Toxic substances properly identified, stored, and used | |
| **Food Storage / Display / Service** | Minor |
| 30a. Food stored at least 6 inches above floor | |
| 30b. Food stored in approved location within enclosed facility | |
| 30c. Food containers properly labeled | |
| 31a. Customer self-service utensils provided for all items | |
| 31b. Raw, open animal products excluded from self-service | |
| 32. Food properly labeled and honestly presented | |
| **Equipment / Utensils / Linens** | Minor |
| 33. Nonfood contact surfaces clean | |
| 34. Warewashing facilities maintained; test strips available | |
| 35. New and replacement equipment ANSI approved | ✓ |
| 36. Properly used and stored equipment, utensil, and linens | |
| 37. Vending machines maintained | |
| 38. Approved and sufficient ventilation and lighting | |
| 39. Thermometers provided, accurate, and easily visible | |
| 40. Proper use and storage of wiping cloths ___ ppm Cl / QA | |
| **Physical Facilities** | Minor |
| 41. Plumbing maintained; proper back flow prevention | |
| 42. Garbage and refuse properly disposed | |
| 43. Toilet facilities clean, supplied, and maintained | |
| 44a. Premises kept free of debris and deteriorated equipment | |
| 44b. Equipment fully operative, maintained and kept clean | |
| 44c. Janitorial area provided, maintained, and kept clean | |
| 44d. Employee personal items stored in approved location | |
| 44e. Facility is equipped to prevent vermin entrance/harborage | |
| **Permanent Food Facilities** | Minor |
| 45. Floors, walls and ceiling are maintained and kept clean | |
| 46. No living or sleeping quarters inside facility | |
| **Signs / Requirements** | Minor |
| 47a. All required signs are posted or available as required | |
| 47b. Placard posted in approved location | |
| **Compliance and Enforcement** | Minor |
| 48. Compliance with plan review requirements (916) 874-6010 | |
| 49. Facility operating with a valid health permit | |

Accepted by: _____ Signature    Title    Specialist: Dave Way

Environmental Management Department
Environmental Health Division
8475 Jackson Rd # 240
Sacramento, CA 95826-3904
Ph: (916) 875-8440   Fax: (916) 875-8513
www.emd.saccounty.net

## County of Sacramento
**Retail Food Facility**
**Official Inspection Report**

Date: 9-12-07
Page 1 of 1
Time In: 350
Time Out: 425

DBA: Super 8 Executive Suites Motel
Permit Holder: Super 8 Executive Suites Motel / Reresh Patel
Address: 216 Bannon St
City: Sac
Zip: 95814
Phone: 447-5400

| CT 53 | FA 1755 | (PR) CO SR 76017 | PE 1612 | (Routine) Request | Reinspection Complaint | Food borne Illness Investigation |

Items listed on this report as violations do not meet the requirements set forth in the California Health and Safety Code commencing with Section 7; 113700. All violations must be corrected. See reverse side for code sections and general requirements that correspond to each violation listed below.
**Major violations:** Violations that are classified as "Major" pose an immediate threat to public health and have the potential to cause foodborne illness. All major violations must be corrected <u>immediately</u>. Non-compliance may warrant immediate closure of the food facility.

| Food Item/Location/Temp°F Documentation | Food Item/Location/Temp°F Documentation |
|---|---|
| | |

Food temperature documentation is not applicable at the time of inspection

① Lack of soap and paper towel at self-serve counter handwash sink. Provide See #6 "Corrected"

② Household equipment noted: Sunbeam toaster - Remove/replace unapproved equipment by 10-12-07 See #35

**STATUS**
☒ GREEN – Pass
☐ YELLOW – Conditional Pass; Reinspection required
☐ RED – Closed; Suspension of Permit to Operate
☐ Placard program not applicable at this time

**ACTIONS**
☐ Photographic documentation obtained
☐ Compliance conference required
☐ Food/equipment impounded or VCD completed (50)
☐ Food safety education required; # of employees ___
☐ Permit Suspension; temporary closure required (51)

The Person in Charge is responsible for ensuring that the above mentioned facility is in compliance with all applicable sections of the California Health and Safety Code. If a reinspection is required, fees may be assessed as authorized by current Sacramento County Code, Chapter 6.99.150.

Accepted by: _____ Signature
Print Name and Title: Barry Perez   G.M.
Specialist: Dave Wong    Phone: (916) 875-8443

Copy: 1st–Operator / 2nd–File / 3rd–Specialist   W:\Data\FORMSARCHIVE\EHD\CP\Cal Code OIR Page 2.doc