IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SCOTT N. JOHNSON,<br><br>         Plaintiff,<br><br>    v.<br><br>OMKAR PROPERTIES, INC.,<br>Individually and d/b/a Super 8<br>Executive Suites; OMKAR<br>PARTNERSHIP, a California General<br>Partnership d/b/a Super 8 Executive<br>Suites; RAMESH D. PATEL,<br>Individually and d/b/a Super 8<br>Executive Suites; DINESH D. PATEL,<br>Individually and d/b/a Super 8<br>Executive Suites; NARENDA D. PATEL,<br>Individually and d/b/a Super 8<br>Executive Suites,<br><br>         Defendants. | 2:07-cv-2331-GEB-KJM<br><br>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE AND RULE 4(m)<br>NOTICE |

The Joint Stipulation to Modify the Order Setting Status Conference and Extend the Deadline to Respond to the Complaint filed December 19, 2007, states that "Defendants Ramesh D. Patel, Dinesh D. Patel and Narenda D. Patel are all out of the country until the end of January 2008, and therefore have not yet been served with the Complaint."[1] (Stip. ¶ 3.) Therefore, the Status (Pretrial

---

[1] The stipulation "between Plaintiff and Defendants Omkar Properties, Inc., and Omkar Partnership, a California General Partnership, that . . . the deadline to file an Answer or other response
(continued...)

1

Scheduling) Conference set for February 4, 2008 is continued to March 17, 2008, at 9:00 a.m.  A further joint status report shall be filed no later than March 3, 2008.

Plaintiff is hereby notified that Defendants Ramesh D. Patel, Dinesh D. Patel and/or Narenda D. Patel may be dismissed without prejudice from this action under Federal Rule of Civil Procedure 4(m) if those Defendants are not served by February 27, 2008.  To avoid dismissal, a proof of service shall be filed for Defendants Ramesh D. Patel, Dinesh D. Patel and Narenda D. Patel no later than February 27, 2008.  If Plaintiff believes he has good cause to justify extension of Rule 4(m)'s 120-day service period for those Defendants, he shall file a declaration no later than February 27, 2008, showing good cause why the action should not be dismissed without prejudice, as to one or all of the unserved defendants.

IT IS SO ORDERED.

Dated:  December 27, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1](...continued)
to the Complaint shall be extended to February 4, 2008," is approved. (Stip. at 2.)

2