IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                    )
                                     )    2:07-cv-02331-GEB-KJM
               Plaintiff,            )
                                     )
          v.                         )    ORDER OF DISMISSAL
                                     )
OMKAR PROPERTIES, INC., d/b/a        )
SUPER 8 EXECUTIVE SUITES;  OMKAR     )
PARTNERSHIP, a California General    )
Partnership d/b/a SUPER 8 EXECUTIVE  )
SUITES;  RAMESH D. PATEL, d/b/a      )
SUPER 8 EXECUTIVE SUITES;  DINESH    )
D. PATEL, d/b/a SUPER 8 EXECUTIVE    )
SUITES;  NARENDRA D. PATEL, d/b/a    )
SUPER 8 EXECUTIVE SUITES,            )
                                     )
               Defendants.           )
_____)

          On February 5, 2008, an Order was issued granting the

parties until February 18, 2008, to file a dispositional document

based on Plaintiff's representation in the Notice of Settlement filed

January 29, 2008, that this action had settled.  The February 5 Order

further stated that "[f]ailure to respond by [the February 18]

deadline may be construed as consent to dismissal of this action

without prejudice, and a dismissal order could be filed."  Since the

parties failed to file the dismissal document, and provide no reason

why the Federal Court should continue exercising jurisdiction over
this settled action, this action is dismissed without prejudice.

        IT IS SO ORDERED.

Dated:  March 12, 2008

                                            _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge